UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID A. FREEMAN,

      **Plaintiff,**

v.                                                    Case No. 8:26-cv-25-JLB-AAS

CITY OF NEWTON, MASSACHUSETTS,
et al.,

      **Defendants.**

_____/

### REPORT AND RECOMMENDATION

After reviewing the plaintiff's complaint and application to proceed *in forma pauperis* (Docs. 1, 3), the undersigned took the plaintiff's motion under advisement, pending the plaintiff's submission of an amended complaint that states a viable cause of action and complies with the Federal Rules of Civil Procedure by February 26, 2026. (Doc. 10). The undersigned warned the plaintiff that failure to do so may result in a recommendation of denial of the motion to proceed *in forma pauperis* and dismissal. (*Id.*, p. 5). To date, the plaintiff has not filed an amended complaint.

Thus, it is **RECOMMENDED** that the plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 3) be **DENIED**, and the complaint (Doc. 1) be **DISMISSED without prejudice**.

**ENTERED** in Tampa, Florida, on March 2, 2026.

*Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

The plaintiffs have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.