UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID A. FREEMAN,

      Plaintiff,

v.                                      Case No:  8:26-cv-00025-JLB-AAS

CITY OF NEWTON,
MASSACHUSETTS, et al.,

      Defendants.

_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 11), recommending that Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) be **DENIED** and that the Complaint (Doc. 1) be **DISMISSED without prejudice**. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.   The Report and Recommendation (Doc. 11) is **ADOPTED** and made a part of this Order for all purposes.

2.   Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) is **DENIED**.

3.   Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

4.   Because the Court previously granted Plaintiff leave to amend his Complaint (*see* Doc. 8) and Plaintiff failed to do so, this action is **DISMISSED without prejudice**.

5.   The Clerk of Court is now **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**ORDERED** in Tampa, Florida, on March 31, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE